AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

ELIZABETH TRAYNOR,

    Plaintiff,

V.

DAVY LIU
d/b/a DAVY LIU STUDIO GALLERY,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-441 (SLR)

TO: (Name and address of Defendant)

DAVY LIU
c/o DELAWARE SECRETARY OF STATE
JOHN G. TOWNSEND BUILDING
FEDERAL AND DUKE STREETS
DOVER, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA S. ROGOWSKI
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. BOX 2207
1007 N. ORANGE STREET
WILMINGTON, DE 19899-2207
302-658-9141

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Evette Watson_
(By) DEPUTY CLERK

JUL 27 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 28, 2006 |
| NAME OF SERVER (PRINT) Marian Hogan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901. Service accepted by Jeanne Stone @ 10:20 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-28-06        *Marian Hogan*
            Date              Signature of Server

32 Loockerman S, St 109 Dover, DE 19904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.