IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH TRAYNOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-441 (SLR) |
| DAVY LIU d/b/a DAVY LIU STUDIO GALLERY | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PRAECIPE

TO:   Dr. Peter T. Dalleo
      Clerk of the Court
      U.S. District Court, District of Delaware
      844 N. King Street
      Lock Box 18
      Wilmington, DE 19801

It is respectfully requested that an Alias Summons in a Civil Action to Davy Liu d/b/a Davy Liu Studio Gallery, be issued in the above case.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Patricia A. Rogowski*
Patricia Smink Rogowski (#2632)
1007 North Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorney for Plaintiff Elizabeth Traynor*

Dated: July 28, 2006