AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

ELIZABETH TRAYNOR,

    Plaintiff,

V.

DAVY LIU
d/b/a DAVY LIU STUDIO GALLERY,

    Defendant.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-441

TO: (Name and address of Defendant)

DAVY LIU
d/b/a DAVY LIU STUDIO GALLERY
3275K LAGUNA CANYON ROAD
LAGUNA BEACH, CA 92651

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA S. ROGOWSKI
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. BOX 2207
1007 N. ORANGE STREET
WILMINGTON, DE 19899-2207
302-658-9141

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         JUL 2 8 2006

CLERK                                                              DATE

_Evette Wato_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 4, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Breanne M. Staley | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail - Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 8, 2006        /s/ Breanne M. Staley
                Date                Signature of Server

Connolly Bove Lodge & Hutz, LLP
P.O. Box 2207, Wilmington, DE 19899
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery: 08-04-06 |
| 1. Article Addressed to:<br>Davy Liu a/b/a<br>Davy Liu Studio Gallery<br>3275 K Laguna Canyon Rd.<br>Laguna Beach, CA 92651<br><br>4586-2 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0006 8912 2094 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, De. 19899-2207

Attention: BMS

C007