IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH TRAYNOR, | ) | |
| | ) | C.A. No. 06-441 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| DAVY LIU d/b/a DAVY LIU STUDIO GALLERY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephen P. Casarino, Esquire, Casarino, Christman & Shalk, as attorney for defendant Davy Liu d/b/a Davy Liu Studio Gallery.  The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant.  The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

CASARINO, CHRISTMAN & SHALK

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

Dated: August 16, 2006            Attorney for Defendant

## CERTIFICATION OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, Delaware on this 16th day of August, 2006 a true and correct copy of the attached Entry of Appearance to:

> Patricia S. Rogowski, Esquire
> Connolly Bove Lodge & Hutz LLP
> P.O. Box 2207
> 1007 N. Orange Street
> Wilmington, DE 19899-2207

CASARINO, CHRISTMAN & SHALK

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

Dated: August 15, 2006           Attorney for Defendant