## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH TRAYNOR, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-441-SLR |
| v. | ) | |
| | ) | |
| DAVY LIU d/b/a DAVY LIU STUDIO | ) | |
| GALLERY, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ELIZABETH TRAYNOR

I, ELIZABETH TRAYNOR, declare and state as follows:

1.     I am the plaintiff in this litigation.

2.     From May 1998 to September 2004, I was a professor at the Delaware College of Art and Design.  I lived and worked in Wilmington, DE from August 31, 1994 to October 3, 2004, where I was a self-employed illustrator as well.

3.     In June 2002, I met Davy Liu (Liu), a graphic artist, at a gathering of illustrators in New York City.  At the time, I was a professor and the head of the Illustration Department at the Delaware College of Art and Design.  I arranged for Liu to speak at the College as part of the Visiting Artists Lecture Series, an event that was open to the public as well as the college.  Liu came to Delaware for this engagement on November 13, 2002.  He gave the lecture at the Delaware Historical Society on November 14, 2002.  He stayed at my house in Delaware from November 13 to 16 and November 18 to 19, 2002.  He received a $500 honorarium as well as airfare for the trip to the Delaware College of Art and Design.

4.      In April 2004, Liu contacted me to request my assistance with various matters relating to the operation of the Davy Liu Studio Gallery (Gallery). At the time he contacted me, and up until October 3, 2004, when I moved to California, I lived and worked in the state of Delaware. I subsequently returned to Delaware on December 15, 2004 and re-established residency, and I was a resident of Delaware at the time of filing the Complaint. At all times, Liu was aware of my location and contacted me by phone and by e-mail in Delaware.

5.      Exhibit A attached hereto is a true and correct copy of an e-mail I received from Liu on April 23, 2004 while I was residing in Delaware. By phone Liu requested my help with the wording in his biography for use on his website, in printed materials, and in connection with the Gallery. I corrected the wording in the biography for him by telephone.

6.      Exhibit B attached hereto is a true and correct copy of an e-mail I sent to Liu on June 5, 2004, while I was in Delaware. In this e-mail I assist Liu with grammar in a brief description of the Gallery in response to his request for my help.

7.      Exhibit C attached hereto is a true and correct copy of an e-mail I received from Liu on August 3, 2004, while I was in Delaware. Liu seeks my assistance on a press release for the Gallery. Exhibit D attached hereto is a true and correct copy of e-mails I received from Liu on August 5, 2004 requesting an update on the progress of the press release as well as my response thereto, the attached, rewritten press release contained herein.

8.      Exhibit E attached hereto is a true and correct copy of an e-mail I sent to Liu on August 16, while I was in Delaware, identifying specific pages on websites that sell different print racks possible for use in the Gallery. Liu had requested my assistance in finding prices for racks.

2

9.    Exhibit F attached hereto is a true and correct copy of an e-mail I received from Liu on September 14, 2004, while I was in Delaware. Liu thanks me for writing the text for a mission statement and biographies of featured artists for the Gallery brochure.

10.    Exhibit G attached hereto is a true and correct copy of an e-mail invitation for an event at the Gallery. While I was in Delaware, Liu requested that I send this Gallery e-mail invitation out to potential guests or buyers from my own list of colleagues.

11.    Exhibit H attached hereto is a true and correct copy of an e-mail I sent, from Delaware, to my colleagues on July 31, 2004, with an additional copy of the same invitation sent to more colleagues on August 13, 2004. The e-mail included the invitation for the first show at the Gallery. Many of the people to whom I sent the invitation were residents of the state of Delaware, such as Cathy Traynor of Traynor Kirk & Co., an advertising agency located at the time at 1960 Superfine Lane #89 in Wilmington, DE, as well as Lynda Schmid, Admissions Director of Delaware College of Art and Design, John Breakey of Breakey Design, Jay Hooper, Ekaterini Korovessi, and Yuris Fuentes of DuPont, Barbara Garland of BBG Productions, Marla Dill of M.A. Dill & Associates, Michael Dodson of Dodson Design, and Sara Matthys of Synchrogenix, Inc., among others.

12.    Between July 15 and July 31, 2004, Liu enlisted the services of Cathy Traynor at Traynor Kirk & Co. to develop a name for a show at the Gallery. The name conceived by Traynor Kirk & Co., *Pros Unveiled*, is a name Liu adopted for the entire Gallery.

13.    Exhibit I attached hereto are true and correct copies of website pages for the Gallery, www.davyliu.com, showing that viewers may browse various pieces of art and click to items for purchasing information.

3

I declare under penalty of perjury that the foregoing is true and correct.

_10/30/06_
Date

_Elizabeth Traynor_
Elizabeth Traynor

**EXHIBIT**

**A**

**From:** "Davy Liu" <davy@davyliu.com>
**Subject:** **davy bio**
**Date:** April 23, 2004 1:12:42 AM EDT
**To:** <etraynor@earthlink.net>
📎 1 Attachment, 304 KB

Davy Liu Studio Gallery
3275 Laguna Canyon Rd K
Laguna Beach, Ca 92651
Studio 949-497-3993
Cell     949-322-3176
www.davyliu.com
www.pactour.us





# Davy Liu
## Studio Gallery



### Artist Statement

*To Capture lifes harmony, emotions, feeling through
paint, brushes, experiences, and faith.*

### Bio

*Davy Liu's passion lies in painting. Creation is his greatest
inspiration. His work is continually evolving through his
experience in the artistry of life itself.*

*Native to Taiwan, Liu and his family moved to the U.S
when he was thirteen. Struggling to adapt to the western
culture, he found a hiding place in the arts. Here he
found joy through his gift of creative expression.*



*found joy through his gift of creative expression.
After graduating from Ringling School of the arts,
Liu went on to become a Disney animator and worked
on such films as Beauty and the Beast, Aladdin, and
Lion King as well as other films for Warner Brothers
and Industrial Light and Magic.*

*Liu currently maintains a working studio and gallery in
Laguna Beach, California. He travels to many old
civilizations and untouched villages throughout China
where he leads tours and gives workshops. For more
information or to view his work contact Davy at
949.497.3993 for an appointment,
or visit www.davyliu.com*

*3275 Laguna Canyon Rd K  Laguna Beach, CA 92651
949 497 3993 davy@davyliu.com*   www.davyliu.com

ℬ

EXHIBIT
B
tabbies

From: Elizabeth Traynor <etraynor@earthlink.net>
Subject: **corrections**
Date: June 5, 2004 7:42:21 PM EDT
To: Davy Liu <davy@davyliu.com>

Davy Liu Studio Gallery
3275K Laguna Canyon Rd, Laguna Beach, Ca 92651

This Unique Gallery features personal works of many fine Production designers and artists in the film industry, These artists had been in the films over 10 to 20 years, they had created such films as Beauty and the Beast, Lion King, Sherk, Star Wars, and more, This is an artist working studio, Artists is always here doing production work or painting. Open Monday – Saturday 10am – 7pm or by appointment, or visit www.davyliu.com.

Davy: This should read:

Davy Liu Studio Gallery
3275K Laguna Canyon Rd., Laguna Beach, CA 92651

This unique gallery features personal works of many professional artists and production designers in the film and animation industry. These artists worked on such films as Beauty and the Beast, Lion King, Shrek, Star Wars, and more. This is an artist's working studio; an artist is always here painting or doing film production work. Open Monday – Saturday, 10am – 7pm; or by appointment; or visit www.davyliu.com

Elizabeth Traynor  etraynor@earthlink.net



From: "Davy Liu" <davy@davyliu.com>
Subject: **Davy Liu Studio Press release**
Date: August 3, 2004 5:22:36 PM EDT
To: "Elizabeth Traynor" <etraynor@earthlink.net>
1 Attachment, 22.0 KB

E
here is the press release. pump it up if you need to. okay.
thanks
Davy


Davy Liu Studio Gallery
3275 Laguna Canyon Rd K
Laguna Beach, Ca 92651
Studio 949-497-3993
Cell    949-322-3176
www.davyliu.com



pressrelease.doc (22.0 KB)

When Movie lovers thinks of films like "The Lion King", "The Toy Story", "Shrek" and "Star Wars", they think of great entertainment , funny lines, and maybe I own that DVD, But behind all of these great films there is a great mind of an artist who comes up with the Visuals and beautiful imagenations, so drawing, painting and sense of visual design, are enssential to be able to put these on paper then unto the silver screen, That is why Davy Liu Studio is having a show call " Pros Unveiled" This shows features John Watkiss , Bill Perkins, Erik Tiemen, Dave Goetz and Davy Liu. Their personal drawing and Painting will be appearing Aside from their professional work, these artists were also inspire by there daily observation of life and art. A great understanding of color and design is what make these artist great in there profession,

Out side of the film productions, many of these artist holds many other titles outside from there film work, John Watkiss is an illustrator, production designer, Professor, Comic artist, Story board artist, and more, John had giving many lecture on human anatomy in Royal College of Art in London, he was hired to create the look of Tarzan and the great epic you see on the silver screen, John currently live in Glendale area and is currently working with Coca cola Museum and Ford Museum Detroit, Erik Tiemens currently art direacting Star Wars Episode 3 with Lucas film, come and meet John Watkiss, Erik Tiemens and other film artists on the opening nights, Drawing,  paintings and productions work will be display and for sale,  there will be music at noon to 6pm, and the artist  reception will be on that following evening Saturday August 21st, 2004 6-9pm 3275K laguna Canyon Rd Laguna Beach. 949-497-3993 or visit www.davyliu.com The show ends on October 1st, 2004. The gallery Opens Monday – Saturday, 10am – 7pm; or by appointment.

**EXHIBIT**

**D**

From: "Davy Liu" <davy@davyliu.com>
Subject: **Hey from Davy**
Date: August 5, 2004 1:30:17 PM EDT
To: "Elizabeth Traynor" <etraynor@earthlink.net>

Hi E
Came in to the studio, and had miss you.
did you get the press release done yet?
Davy


Davy Liu Studio Gallery
3275 Laguna Canyon Rd K
Laguna Beach, Ca 92651
Studio 949-497-3993
Cell    949-322-3176
www.davyliu.com

**From:** Elizabeth Traynor <etraynor@earthlink.net>
**Subject:** **Press release 2**
**Date:** August 5, 2004 3:57:17 PM EDT
**To:** Davy Liu <davy@davyliu.com>

 1 Attachment, 27.3 KB





pressrelease2.doc (27.3 KB)
Elizabeth Traynor  etraynor@earthlink.net

When Movie lovers thinks of films like "The Lion King", "The Toy Story", "Shrek" and "Star Wars", they think of great entertainment , funny lines, and maybe I own that DVD, But behind all of these great films there is a great mind of an artist who comes up with the Visuals and beautiful imagenations, so drawing, painting and sense of visual design, are essential to be able to put these on paper then unto the silver screen, That is why Davy Liu Studio is having a show call " Pros Unveiled" This shows features  John Watkiss , Bill Perkins, Erik Tiemen, Dave Goetz and Davy Liu. Their personal drawing and Painting will be appearing Aside from their professional work, these artists were also inspire by there daily observation of life and art. A great understanding of color and design is what make these artist great in there profession,

Out side of the film productions, many of these artist holds many other titles outside from there film work, John Watkiss is an illustrator, production designer, Professor, Comic artist, Story board artist, and more, John had giving many lecture on human anatomy in Royal College of Art in London, he was hired to create the look of Tarzan and the great epic you see on the silver screen, John currently live in Glendale area and is currently working with Coca cola Museum and Ford Museum Detroit, Erik Tiemens currently art direacting Star Wars Episode 3 with Lucas film, come and meet John Watkiss, Erik Tiemens and other film artists on the opening nights, Drawing, paintings and productions work will be display and for sale,  there will be music at noon to 6pm, and the artist  reception will be on that following evening Saturday August 21st, 2004 6-9pm 3275K laguna Canyon Rd Laguna Beach. 949-497-3993 or visit www.davyliu.com The show ends on October 1st, 2004. The gallery Opens Monday – Saturday, 10am – 7pm; or by appointment.
*********************************************************************************************

When movie lovers think of films such as *The Lion King, Toy Story, Shrek,* and *Star Wars*, they think of delightful entertainment, funny lines, and maybe, "I have that DVD!". But behind these great films there are the deeply creative minds of the artists whose visual imaginations and essential drawing and painting skills bring the ideas to life.

The Davy Liu Studio Gallery is pleased to announce the show "Pros Unveiled", which opens Saturday, August 21 and continues until October 2. The show features the personal and professional art of John Watkiss, Bill Perkins, Erik Tiemens, Dave Goetz, and Davy Liu, all important artists in the animation and film industries. Each artist presents drawings and paintings inspired by their daily observations of life and art. The great understanding of color, design, and visual impact that brings them such success in their professional careers is realized even more deeply in their personal work.

All of these California artists have held multiple titles. John Watkiss is an illustrator, production designer, professor, comicbook artist, storyboard artist and more. He has given many lectures on human anatomy at the Royal College of Art in London, and he created the look of *Tarzan,* the great animated epic you see on the silver screen. He lives in the Glendale area and is currently working with the Coca Cola Museum in Atlanta and the Ford Museum in Detroit. Erik Tiemens is currently art directing *Star Wars: Episode 3* with Lucas Films. He is also a painter, color and lighting director, concept designer, and lecturer, He lives in Sausalito. Davy Liu is a production designer, illustrator, teacher, painter, and gallery owner who has worked on films from *Beauty and the Beast* and *The Lion King* to *Atlantis.* He is currently producing his own movie, *Tne Giant Leaf.* He lives in Aliso Viejo. A painter and teacher, Bill Perkins is also known for his work as an animation art director, storyboard and layout artist, and development artist on films such as *Shrek, Fantasia 2000, Space Jam,* and others. He resides in Moore Park. Dave Goetz is an animation art director and production designer for films such as *Atlantis* and *The Hunchback of Notre Dame,* as well as a painter and teacher. He lives in the Los Angeles area.

The public is invited to meet John Watkiss, Erik Tiemens, Dave Goetz, Bill Perkins, and Davy Liu at the opening on Saturday, August 21, 2004, with live music and demonstrations by the artists from noon to 6 pm, and the Artists Reception from 6 to 9 pm. Drawings, paintings and production work will be on display and for sale. Davy Liu Studio Gallery is located at 3275K Laguna Canyon Road, Laguna Beach, CA. The gallery is open Monday through Saturday, 10 am to 7 pm, or by appointment. Contact 949-497-3993 or www.davyliu.com

From: "Davy Liu" <davy@davyliu.com>
Subject: **Re: Press release 2**
  Date: August 5, 2004 3:59:57 PM EDT
    To: "Elizabeth Traynor" <etraynor@earthlink.net>

thanks so much, great great job, I will send them out now. thanks E.
love and lots of it.
davy
----- Original Message -----
From: "Elizabeth Traynor" <etraynor@earthlink.net>
To: "Davy Liu" <davy@davyliu.com>
Sent: Thursday, August 05, 2004 12:57 PM
Subject: Press release 2

Elizabeth Traynor  etraynor@earthlink.net

EXHIBIT

E

From: Elizabeth Traynor <etraynor@earthlink.net>
Subject: **Print racks**
Date: August 16, 2004 3:30:00 PM EDT
To: Davy Liu <davy@davyliu.com>

Hi Davy,
Here are links for you to look at different print racks and their various prices:

http://www.utrechtart.com/dsp_view_product.cfm?classID=2117&subclassID=211710&Item=51288

http://www.dickblick.com/zz513/19/products.asp?param=0&ig_id=4744

http://www.dickblick.com/zz513/18/products.asp?param=0&ig_id=4290

http://www.dickblick.com/zz513/21/products.asp?param=0&ig_id=4999

http://www.dickblick.com/zz513/26/products.asp?param=0&ig_id=217

http://www.dickblick.com/zz469/06/products.asp?param=0&ig_id=5145


Elizabeth Traynor  etraynor@earthlink.net



From: "Davy Liu" <davy@davyliu.com>
Subject: **THANKS SO MUCH**
Date: September 14, 2004 9:40:47 PM EDT
To: "Elizabeth Traynor" <etraynor@earthlink.net>

E
thanks so much for your help, please get with kelly to get this done, I am working hard on the web site for our show. okay.
love
davy

Davy Liu Studio Gallery
3275 Laguna Canyon Rd K
Laguna Beach, Ca 92651
Studio 949-497-3993
Cell    949-322-3176
www.davyliu.com
www.kendufilms.com



From:  Elizabeth Traynor <etraynor@earthlink.net>
Subject:  **Brochure copy**
 Date:  September 15, 2004 6:58:02 PM EDT
  To:  Kelley Busby <kelleyoga@earthlink.net>, Davy Liu <davy@davyliu.com>

Hi Davy and Kelley,

Here is my suggestion for the copy inside the Gallery brochure. Please let me know what you think... and give input on the title for "Mission Statement". You can call or write; phone number is below. Thanks!  E.T.

**NOTE:** Usually, a Mission Statement is followed by a statement that includes "To", such as "Arts Center has a mission to bring knowledge of art to students from all walks of life." (I made that up.)  I don't know if we even need a title. Why can't we just have a statement by itself?


**'Gallery Mission':**  (OR  'Our Vision'  OR  'Gallery Vision'  OR  'Our Purpose'... any ideas besides "Mission Statement" (too academic)).

**Davy Liu Studio Gallery presents the personal work of professional artists; a celebration of their passion for excellence in the visual arts.**

**We feature accomplished artists from the film, animation, and graphic arts industries. Our artists offer drawings and paintings inspired by their daily observations of life and art. The keen understanding of color, design, and visual impact that brings them such success in their professional careers is realized even more deeply in their personal work.**


Artist's bios inside:

*John Watkiss* **is an illustrator, production designer, professor, comic book artist, storyboard artist, and more. He was the art director for the animated epic** *Tarzan,* **and has worked on many other films.**

*Erik Tiemens* **is currently art directing** *Star Wars: Episode 3* **with Lucas Films. He has worked on films such as** *Forrest Gump, Jurassic Park,* **and** *Cliffhanger.* **He has been a plein air painter since** underline **childhood**. **(?)**

*Davy Liu* **is a production designer, illustrator, painter, and producer who has worked on films from Beauty and the Beast and The Lion King to Atlantis. He is currently producing his own animated movie,** *The Giant Leaf.*

*Bill Perkins* **art directed** *Aladdin.* **He is also known for his skills as a painter and teacher, and his work as a development, storyboard, and layout artist on many films, including** *Shrek, Fantasia 2000,* **and** *Space Jam.*

*Dave Goetz* **is an animation director and production designer for films such as** *Atlantis* **and** *The Hunchback of Notre Dame,* **as well as a painter and teacher. He is currently working as a director at Walt Disney Feature Animation.**

*Elizabeth Traynor* **is an illustrator and teacher whose work is seen nationwide in books, magazines,**

**newspapers, advertising, packaging, and more. She is also the director of Davy Liu Studio Gallery.**

Elizabeth Traynor  etraynor@earthlink.net
702 Nottingham Rd.
Wilmington, DE 19805
302-658-6637



**From:** "Davy Liu" <davy@davyliu.com>
**Subject:**
**Date:** July 31, 2004 8:33:26 PM EDT
**To:** "Howard Zhang" <howard.zhang@fujifood.com>, "Daniel Zalkus" <dan@rappart.com>, "Chew Young" <thunderdragon202@yahoo.com>, "Clara Youn" <Clara_Youn@hotmail.com>, "Chen Yiqiu" <sherrycyq@hotmail.com>, "Yien Yao" <yieny@bellsouth.net>, "Carol Yao" <yaoyao623@yahoo.com>, "Mike Yang" <yangmc@uci.edu>, "Michaly Yang" <vinegar1227@hotmail.com>, "M.C. Yang" <mike.yang@nlccoc.org>, "Jack Yang" <jesusispraiseyou@yahoo.com>, "delia xie" <xiedelia@yahoo.fr>, "Joseph Wu" <jwu@neotecgraphic.com>, "chun-chieh wu" <ccjwurx7@hotmail.com>, "Cyndi Worden" <cworden@westernu.edu>, <wilson@atlashospitality.com>, "Pat Wilson" <signwrite@cox.net>, "Tim Williams" <twilliam@classicnet.net>, "Tom Wigglesworth" <wiggie@dslextreme.com>, "Anne weiler" <anneweiler@msn.com>, "Sunny Li-Hsien Wei" <sunny@ilm.com>, <websupport@earthlink.net>, "Rick Weber" <rickw@redrockusa.com>, "wang_li8400" <wang_li8400@sina.com>, "wang/christine/ tina" <purplepixieprincess@earthlink.net>, "I-Tuan Wang" <ituanc@yahoo.com>, "George Wang" <george.wang@fujifood.com>, <victork@bea.com>, "Jeffrey Varab" <jjvarab@genesisorlando.com>, <User564544@aol.com>, <tzuanntai@yahoo.com>, "Jennifer Tye" <jtye@sawdustartfestival.org>, "Bil Turnbaugh" <BTurnbaugh@expotrans.com>, "John Tsai" <hungchih@hotmail.com>, "Debra Trisler" <sdtris@rochester.rr.com>, "Elizabeth Traynor" <etraynor@earthlink.net>, "Tracy" <brunetteqt@cox.net>, "TOMMY" <tommy_susu@yahoo.com>, "Lara Tomlin" <lara@rappart.com>, <tom@kobo.com>, "E Tiemens" <etiemens@earthlink.net>, "JUSTIN TAYLOR" <justin10@cox.net>, "Jacqueline Tapia" <jtapia79@hotmail.com>, "akifusa tanaka" <akifusa@fd5.so-net.ne.jp>, "Mike Tan" <ytan@uci.edu>, "\"Holly, Maggie T\"" <maggie.t.holly@citigroup.com>, "Deborah Sylvia" <dsylvia4@cox.net>, "Christine Sung" <christine.sung@fujifood.com>, <Suethompson51@aol.com>, "\"Ramos, Steve\"" <SRamos@forbes.com>, <steffen@cirquedigital.com>, "aaron st.John" <astjohn@hotmail.com>, "Michael Spooner" <spoonerville1@sbcglobal.net>, "Beverly Spooner" <spoonerville@sbcglobal.net>, "socal-asopa" <socal-asopa@cox.net>, "Larry & Myoung Smith" <toonsmiths@earthlink.net>, "Darren Smith" <dsmith@usnews.com>, "Bill Smith" <wastoo@comcast.net>, "Christene Sloan" <clsloan@cox.net>, "\"Maria Simmsgeiger\"" <maria8@cox.net>, <sherrych@yorku.ca>, <shalannowak@sbcglobal.net>, "Steve Sellers" <steves411@cox.net>, <sdavis@paintboxproductions.com>, "Anthony Scott" <utopiajazz@yahoo.co.uk>, "Sam Scali" <sam@rappart.com>

📎 1 Attachment, 21.9 KB

Davy Liu Studio Gallery
3275 Laguna Canyon Rd K
Laguna Beach, Ca 92651
Studio 949-497-3993
Cell    949-322-3176
www.davyliu.com





John Watkiss

*Drawings ~ Paintings ~ Films*

EXHIBIT

H



From: Elizabeth Traynor <etraynor@earthlink.net>
Subject: **Fwd: Invitation**
Date: July 31, 2004 9:04:22 PM EDT
To: Cathy Traynor <cathy.traynor@tkco.biz>, Mimi Pawliczek <mimi.pawliczek@tkco.biz>,
Ferne Traynor <jtraynor@comcast.net>, Lynda Schmid <lyndaschmid@comcast.net>,
Kate McKusick <k8mcq6@aol.com>, Cathy Wilson <Catherine.M.Wilson@dupont.com>, Alan
Witschonke <alanwits@comcast.net>, Tamar Haber-Schaim <tamar@haber-schaim.com>, Robert
Saunders <rob@robertsaunders.com>, Rob Dunlavey <rob@robd.com>, James Roldan
<nadlor@attbi.com>, James Kaczman <jkaczman@snet.net>, Leo Espinosa
<leo@leoespinosa.com>, John Breakey <johnbreakey@dca.net>
📎 1 Attachment, 21.9 KB

Hi Everyone,

Here's the invitation for the first show at Davy's gallery. I'll be going back to help out with setting it up - August
18 to 23.

Love,
E.

Begin forwarded message:

**From:** "Davy Liu" <davy@davyliu.com>
**Date:** Sat Jul 31, 2004  8:33:26  PM US/Eastern


Davy Liu Studio Gallery
3275 Laguna Canyon Rd K
Laguna Beach, Ca 92651
Studio 949-497-3993
Cell    949-322-3176
www.davyliu.com






Elizabeth Traynor  etraynor@earthlink.net

From: Elizabeth Traynor <etraynor@earthlink.net>
Subject: **First Show and more...**
Date: August 13, 2004 8:27:23 PM EDT
To: Sara Matthys <saramatthys@synchrogenix.com>, Paula (ATL-FG) Voorhies
<Paula.Voorhies@fitzco.com>, Stan Smokler <ssmokler@comcast.net>, Russell
Gordon <Russell.Gordon@simonandschuster.com>, Cathy Wilson
<Catherine.M.Wilson@dupont.com>, Elizabeth Krewson-Bragg <ElizabethKrewson-
Bragg@synchrogenix.com>, Carol Traynor <cktroswell@aol.com>, Suelene Reboucas
<nenarssue@aol.com>, Alan Witschonke <alanwits@comcast.net>, Tamar Haber-Schaim
<tamar@haber-schaim.com>, Scott Barney <microbarny@msn.com>, Barbara Garland
<BBGimageV@aol.com>, Sam Scali <sam@rappart.com>, Cathy Benson <clbenson@comcast.net>,
Linda Chapman <l.kondochapman@verizon.net>, Kevin Traynor <kptraynor1@aol.com>, Diane
Borowski Dempsey <cstudios@tampabay.rr.com>, Kate McKusick <k8mcq6@aol.com>, Yuris
Fuentes <yuris@unforgettable.com>, Philip Gill <philgill@global.t-bird.edu>, Brian Ajhar
<bajhar@ptd.net>, Mike Kriefski <mkriefski@shinenorth.com>, Robert DeMichiell
<robertdemichiell@aol.com>, Dan Zalkus <Dan@rappart.com>, Jay Hooper
<jay.j.hooper@USA.dupont.com>, Claude Draps <cdraps@aol.com>, Dianne Verbeek
<dmlowman@comcast.net>, Keith Huneycutt <khuneycutt@flsouthern.edu>, Marla Dill
<MarlaD442@aol.com>, james traynor <traynor@freespeech.org>, Jay Jemail
<JayJemail@aol.com>, Shelley Stone <sadaire@bigfoot.com>, jeanine henderson
<jneener79@hotmail.com>, Robert Saunders <rob@robertsaunders.com>, Brian Locascio
<brian.locascio@fitzco.com>, Amy Brennan <brennan.amy@comcast.net>, Edwin Kuo
<dos.gatos@verizon.net>, Richard Ackoon <arty_3000@yahoo.com>, Carol Tinkelman
<catink@optonline.net>, James Steinberg <jamess.javanet@rcn.com>, Elissa Berg
<elissa@rappart.com>, Leo Espinosa <leo@leoespinosa.com>, John Traynor
<jctraynor@hotmail.com>, Christine Tate <xinetate@hotmail.com>, Mike Dodson
<dodsondesign@yahoo.com>, Carol Gottlieb <b_scotch@msn.com>, Kirk McKusick
<mckusick@beastie.mckusick.com>, Richard Goldberg <rag@ragmedia.com>, James Roldan
<nadlor@attbi.com>, John Traynor III <John.Traynor@tetratech.com>, JuliaTDraps
<jmdraps@wanadoo.fr>, Mike Manley <mike@actionplanet.com>, Mimi Pawliczek
<mimi.pawliczek@tkco.biz>, Bevjack23@aol.com, Cathy Traynor <cathy.traynor@tkco.biz>, Dan
Rambo <sdrsong@hotmail.com>, Margaret Free <mmfree@dol.net>, Alan Witschonke
<alanwits2@cs.com>, Sam Norod <norod@elkus-manfredi.com>, Patti Malone
<patinka@earthlink.net>, Nicolas Draps <Nicolas.Draps@wanadoo.fr>, Brian Scatasti
<xw0lverine@juno.com>, Diane Lehman <lel4@psu.edu>, Lynda Schmid
<lyndaschmid@comcast.net>, Ferne Traynor <jtraynor@comcast.net>, Hugo Heriz-Smith
<hugo@heriz-smith.com>, Paul Traynor <paul@traynorcentral.com>, Jeffrey Smith
<jeffery_smith@sbcglobal.net>, John Breakey <johnbreakey@dca.net>, Katerina Korovessi
<rt13girl@earthlink.net>, Dorian Angello <dangello@comcast.net>, Rob Dunlavey <rob@robd.com>,
Scott Keyser <Skeyser@artguildinc.com>, Russell Estes <restes@splcenter.org>, Jim McKusick
<McKusick@umbc.edu>, Whitney Sherman <ws@whitneysherman.com>, Philip Traynor
<ptjunkmail@charter.net>, Deborah Sylvia <dsylvia4@cox.net>, Barrie Engel
<BEngel111@aol.com>, James Kaczman <jkaczman@snet.net>, Jeff Tonnesen
<jeffrey.tonnesen@tkco.biz>, Frank Davis <macdavis@gateway.net>, Karen Poore
<Karenpoore@aol.com>, Jim Graham <Jim567de@aol.com>, Erik Tonnesen
<erik.tonnesen@tkco.biz>, Dan Butler <bigchefguy@aol.com>, Jane & Raymond Gill
<janerayg@worldnet.att.net>, Peter Traynor <petertraynor2000@yahoo.com>, Rene Rossi
<rossi_rar@hotmail.com>, Patrick Michael Bernet <pmbernet@worldnet.att.net>, John Knepper
<john@theispot.com>, James M Denham <jdenham@flsouthern.edu>, Jane Conway <jconway@d-l-

s.net>
 5 Attachments, 662 KB

Hi Folks,

Here's the invitation for the first show at Davy's studio gallery. I'll be going out there from August 18 to 23 to help set up the show, get my feet wet as gallery manager, (enjoy the ocean breeze, canyon views, beach and sunshine) etc. You are all, of course, invited! Ok, ok, it's a bit far for most of you, but heck, come to the next show... or the one after that! Any excuse to travel is a good excuse.

The studio will be having an open house from noon to 6, more casual than the reception in the evening, with some of the artists giving demonstrations, a jazz band, etc.

I'm including some additional photos from my trip, too, for those of you who are interested in where I'm going to be living, as well as a photo of Beau that I took at Wangaum in the Poconos last weekend, and a gorgeous evening beach scene from Laguna Beach.

It's a jam-packed next seven weeks for me, but I'm going to be travelling to NYC and Boston in September to see some of you for a day or two. For my friends here in the mid-Atlantic, I'm still here until October, then I'll be back to the East Coast for a book tour in November or December, possibly Christmas, vacation next May, etc., so it's not as though I'll be gone forever! And of course, there's ICON4 in San Francisco next year for those of you in that loop. It's a small world these days...

Elizabeth, In Temporary Reality


Elizabeth Traynor  etraynor@earthlink.net
702 Nottingham Rd.
Wilmington, DE 19805
302-658-6637







