UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Elizabeth Traynor, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  06-441-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| Davy Liu d/b/a Davy Liu Studio Gallery, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 8, 2006 true and correct copies of **INITIAL**

**DISCLOSURES OF ELIZABETH TRAYNOR UNDER FEDERAL RULE OF CIVIL**

**PROCEDURE RULE 26(a)(1)** were served on the attorneys of record at the following address

specified below:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302)594-4500
Attorney for Defendant

Respectfully Submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Patricia Smink Rogowski (#2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorneys for Plaintiff*

**OF COUNSEL**
Jennifer Fraser
Connolly Bove Lodge & Hutz LLP
Suite 800
1990 M Street NW
Washington, DC 20036-3425
(202) 331-7111

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2006, I electronically filed a **NOTICE**

**OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing

to:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302)594-4500
Attorney for Defendant

Respectfully Submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

*Patricia S Rogowski*

Patricia Smink Rogowski (#2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorneys for Plaintiff*

**OF COUNSEL**
Jennifer Fraser
Connolly Bove Lodge & Hutz LLP
Suite 800
1990 M Street NW
Washington, DC 20036-3425
(202) 331-7111