UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Elizabeth Traynor, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-441-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| Davy Liu d/b/a Davy Liu Studio Gallery, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2006 true and correct copies of

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT** were served on

the attorneys of record at the following address specified below:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

                                            Respectfully Submitted,
                                            CONNOLLY BOVE LODGE & HUTZ LLP

                                            /s/ Patricia Smink Rogowski

**OF COUNSEL**                                 Patricia Smink Rogowski (#2632)
Jennifer Fraser                              1007 N. Orange Street
Connolly Bove Lodge & Hutz LLP       P.O. Box 2207
Suite 800                                                  Wilmington, DE 19899-2207
1990 M Street NW                          (302) 658-9141
Washington, DC 20036-3425           *Attorneys for Plaintiff*
                                                      (202) 331-7111

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2006, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

                                      Respectfully Submitted,
                                      **CONNOLLY BOVE LODGE & HUTZ LLP**

                                      */s/ Patricia S. Rogowski*

**OF COUNSEL**                        Patricia Smink Rogowski (#2632)
Jennifer Fraser                      1007 N. Orange Street
Connolly Bove Lodge & Hutz LLP    P.O. Box 2207
Suite 800                               Wilmington, DE  19899-2207
1990 M Street NW                (302) 658-9141
Washington, DC 20036-3425      *Attorneys for Plaintiff*
(202) 331-7111