UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Elizabeth Traynor, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-441-SLR |
| ) | |
| v. ) | |
| ) | |
| Davy Liu d/b/a Davy Liu Studio Gallery, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2006 true and correct copies of

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO**

**DEFENDANT** were served on the attorneys of record at the following address specified below:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

 Respectfully Submitted,
 **CONNOLLY BOVE LODGE & HUTZ LLP**

 /s/ Patricia S. Rogowski

| | |
|---|---|
| **OF COUNSEL** | Patricia Smink Rogowski (#2632) |
| Jennifer Fraser | 1007 N. Orange Street |
| Connolly Bove Lodge & Hutz LLP | P.O. Box 2207 |
| Suite 800 | Wilmington, DE 19899-2207 |
| 1990 M Street NW | (302) 658-9141 |
| Washington, DC 20036-3425 | *Attorneys for Plaintiff* |
| (202) 331-7111 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November 2006, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

                    Respectfully Submitted,
                    **CONNOLLY BOVE LODGE & HUTZ LLP**

**OF COUNSEL**
Jennifer Fraser
Connolly Bove Lodge & Hutz LLP
Suite 800
1990 M Street NW
Washington, DC 20036-3425
(202) 331-7111

                    Patricia Smink Rogowski (#2632)
                    1007 N. Orange Street
                    P.O. Box 2207
                    Wilmington, DE  19899-2207
                    (302) 658-9141
                    *Attorneys for Plaintiff*