UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Elizabeth Traynor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Davy Liu d/b/a Davy Liu Studio Gallery, )<br>)<br>Defendant. ) | Case No. 06-441-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2006 true and correct copies of **PLAINTIFF ELIZABETH TRAYNOR'S FIRST SET OF INTERROGATORIES TO DEFENDANT DAVY LIU** were served on the attorneys of record at the following address specified below:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

Respectfully Submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

_/s/ Patricia S. Rogowski_
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Plaintiff*
(202) 331-7111

**OF COUNSEL**
Jennifer Fraser
Connolly Bove Lodge & Hutz LLP
Suite 800
1990 M Street NW
Washington, DC 20036-3425

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2006, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing to:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

Respectfully Submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Plaintiff*

**OF COUNSEL**
Jennifer Fraser
Connolly Bove Lodge & Hutz LLP
Suite 800
1990 M Street NW
Washington, DC 20036-3425
(202) 331-7111