UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH TRAYNOR, | : | |
| | : | C.A. No. 06-441 |
| Plaintiff, | : | |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| DAVY LIU d/b/a DAVY LIU STUDIO GALLERY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be mailed via first class mail at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 2nd day of January, 2007, a true and correct copy of Defendant's Request for Production Directed to Plaintiff addressed to:

Patricia Smink Rogowski, Esq.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street, The Nemours Building
P.O. Box 2207
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P.Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for the Defendant