UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH TRAYNOR, | : | |
| | : | C.A. No. 06-441 |
| Plaintiff, | : | |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| DAVY LIU d/b/a DAVY LIU STUDIO GALLERY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITIONS**

TO: Patricia Smink Rogowski, Esq.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street, The Nemours Building
P.O. Box 2207
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the depositions of the following individuals on March 2, 2007 in the law offices of Casarino, Christman & Shalk, 800 N. King Street, Suite 200, Wilmington, Delaware:

Elizabeth Traynor    10:00 a.m.

Debbie Booth        3:00 p.m.

Allen Brown         4:00 p.m.

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

Dated: January 22, 2007
cc:    Hawkins Reporting Service

## CERTIFICATION OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have served via efiling at 800 North King Street, Suite 200, Wilmington, Delaware on this 22nd day of January, 2007, two true and correct copies of the Notice of Depositions to:

Patricia Smink Rogowski, Esq.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street, The Nemours Building
P.O. Box 2207
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant