## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Elizabeth Traynor,                          )
                                            )
                    Plaintiff,              )        Case No.  06-441-SLR
                                            )
        v.                                  )
                                            )
Davy Liu d/b/a Davy Liu Studio Gallery,     )
                                            )
                    Defendant.              )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 2, 2007 true and correct copies of

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION**

were served on the attorneys of record at the following address specified below:


Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant


                                            Respectfully Submitted,
                                            CONNOLLY BOVE LODGE & HUTZ
                                            LLP


**OF COUNSEL**                              Patricia Smink Rogowski (#2632)
Jennifer Fraser                             1007 N. Orange Street
Connolly Bove Lodge & Hutz LLP              P.O. Box 2207
Suite 800                                   Wilmington, DE  19899-2207
1990 M Street NW                            (302) 658-9141
Washington, DC 20036-3425                   *Attorneys for Plaintiff*
(202) 331-7111