UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Elizabeth Traynor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Davy Liu d/b/a Davy Liu Studio Gallery, )<br>)<br>Defendant. ) | Case No. 06-441-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 2, 2007 true and correct copies of

**PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES** were

served on the attorneys of record at the following address specified below:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

    Respectfully Submitted,
    CONNOLLY BOVE LODGE & HUTZ LLP

    /s/ Patricia S. Rogowski
    Patricia Smink Rogowski (#2632)
    1007 N. Orange Street
    P.O. Box 2207
    Wilmington, DE 19899-2207
    (302) 658-9141
    *Attorneys for Plaintiff*

**OF COUNSEL**
Jennifer Fraser
Connolly Bove Lodge & Hutz LLP
Suite 800
1990 M Street NW
Washington, DC 20036-3425
(202) 331-7111