UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| Elizabeth Traynor, | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. 06-441-SLR |
| v. | ) |
| Davy Liu d/b/a Davy Liu Studio Gallery, | ) |
|       Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L. R. 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael L. Lovitz, Esq., of the law firm of Connolly Bove Lodge & Hutz LLP, 355 South Grand Avenue, Suite 3150, Los Angeles, California 90071-1560 to represent plaintiff in this action.

Respectfully submitted,

Dated: March 21, 2007

*Patricia S. Rogowski*
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
Attorneys for Plaintiff

SO ORDERED this _____ day of _____, 2007.

_____
U.S. District Court Judge

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| Elizabeth Traynor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Davy Liu d/b/a Davy Liu Studio Gallery, )<br>)<br>Defendant. ) | Civil Action No. 06-441-SLR |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: March 21, 2007

Michael L. Lovitz
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue, Suite 3150,
Los Angeles, California 90071-1560

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Stephen P. Casarino, Esq.
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899

By: /s/ Patricia S. Rogowski
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

7398980 v1