| | |
|---|---|
| Patricia S. Rogowski (#2632)<br>Geoffrey A. Zelley (#4939)<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302)658-9141 | Of Counsel:<br>Jennifer Fraser<br>Connolly Bove Lodge & Hutz, LLP<br>1990 M Street, N.W., Suite 800<br>Washington, DC 20036<br>(202)331-7111 |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Elizabeth Traynor, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-441-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| Davy Liu d/b/a Davy Liu Studio Gallery, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE TO TAKE
### THE DEPOSITION OF DAVY LIU

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, counsel for Plaintiff in the above-referenced action will take the deposition upon oral examination of Davy Liu. The deposition will take place at the law offices of Knobbe Martens Olson & Bear LLP, 2040 Main Street, Irvine, CA 92614 (14th Floor) on April 4, 2007, from 9:30 a.m. until 4:00 p.m. This examination will be made before an officer authorized to administer an oath, will be recorded by stenographic means and may also be recorded using audio-visual equipment.

#527225

Respectfully submitted,

**CONNOLLY, BOVE, LODGE & HUTZ, LLP**

By: _____
Patricia S. Rogowski (#2632)
Geoffrey A. Zelley (#4939)
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Of Counsel:
Jennifer Fraser
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W., Suite 800
Washington, DC 20036
(202) 331-7111
*Attorneys for Plaintiff, Elizabeth Traynor*

**DATED:** March 21, 2007

#527225

## CERTIFICATE OF SERVICE

I, Geoffrey A. Zelley, hereby certify on this 21st day of March, 2007, that a true and correct copy of PLAINTIFF'S NOTICE TO TAKE THE DEPOSITION OF DAVY LIU was served upon counsel of record, via hand delivery, as follows:

Stephen P. Casarino, Esq.
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

#527225