| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19899 | 302-658-9141<br><br>Ref. No. or File No. | |
| ATTORNEY FOR   PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT<br>OF DELAWARE | | |
| SHORT TITLE OF CASE:<br>ELIZABETH TRAYNOR : DAVY LIU | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 063649 | 06/29/07 | | | 06-441-SLR |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on
the date herein referred to over the age of 18 years and not a party
to the within entitled action. I served the:

SUBPOENA IN A CIVIL CASE, SCHEDULE A

On: IPOWERWEB, INC.

At: 111 E. BROADWAY
    SUITE 210
    GLENDALE CA 91205

In the above mentioned action by delivering to and leaving with

ADRIANA ZULUAGA
Whose title is: LEGAL SECRETARY

On: 05/29/07     At: 03:40PM

Fees and mileage tendered to witness:$

If the above not filled in, fees were not demanded or paid.


I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
return of service and statement of service fees is true and correct.

Person serving: MOHAMED EL-ALI          Fee for service:    124.95

All Counties Attorney Service       d.  Registered California process server
1625 E. 17th Street                 (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                 (2) Registration No. PSC 604
714-558-1403 FAX 714-558-0261       (3) County: ORANGE
                                    (4) Expiration:  11/17/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 05/31/07                      >
                                       SIGNATURE