IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH TRAYNOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-441-SLR |
| | ) |
| DAVY LIU, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this /7th day of July, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion to dismiss (D.I. 10) is denied.

2. Defendant's motion for a protective order (D.I. 38) is denied.

3. Plaintiff's motion to strike defendant's reply brief (D.I. 41) is denied as moot.

_____
United States District Judge