# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH TRAYNOR,         )<br>                                              )<br>        Plaintiff,         )<br>                                              )        CIVIL ACTION NO. 06-441-SLR<br>    v.                                       )<br>                                              )<br>DAVY LIU d/b/a DAVY LIU STUDIO )<br>    GALLERY,                      )<br>                                              )<br>        Defendant.           ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiff and Defendant, subject to approval of this Court, that paragraph 2 (b) of the Scheduling Order (D.I. 24) be amended as follows:

(b)     All fact discovery shall be commenced in time to be completed by October 5, 2007.

No other dates in the Scheduling Order are amended.

| | |
|---|---|
| /s/ Patricia Smink Rogowski | /s/ Stephen P. Casarino |
| Patricia Smink Rogowski (#2632) | Stephen P. Casarino |
| Geoffrey A. Zelley (#4939) | Del. Bar #174 |
| CONNOLLY BOVE LODGE & HUTZ LLP | CASARINO CHRISTMAN & SHALK P.A. |
| 1007 N. Orange St. | 800 North King Street, Suite 200 |
| P.O. Box 2207 | P.O. Box 1276 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 594-4500 |
| progowski@cblh.com | scasarino@casarino.com |
| gzelley@cblh.com | Attorney for Defendant, |
| Attorneys for Plaintiff, | Davy Liu |
| Elizabeth Traynor | |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge