# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH TRAYNOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-441-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| DAVY LIU d/b/a/ DAVY LIU STUDIO GALLERY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| CASARINO, CHRISTMAN & SHALK, P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
| | |
| */s/ Stephen P. Casarino*       . | */s/ Patricia S. Rogowski* |
| 800 N. King Street, Suite 200 | Patricia Smink Rogowski (I.D. #2632) |
| P.O. Box 1276 | P.O. Box 2207 |
| Wilmington, DE  19899-1276 | 1007 N. Orange Street |
| (302) 594-4500 | Wilmington, DE  19899-2207 |
| scasarino@casarino.com | (302) 658-9141 |
| *Attorneys for Davy Liu* | progowski@cblh.com |
| | *Attorneys for Elizabeth Traynor* |

**SO ORDERED** this _____ day of_____, 2007

_____
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com